# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00172-CV

**International Metal Sales, Inc., Appellant**

**v.**

**Global Steel Corporation and Global Steel Corp., Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 05-566-C368, HONORABLE BURT CARNES, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant International Metal Sales, Inc., has filed a notice of bankruptcy. The filing of a bankruptcy petition automatically stays these proceedings. *See* 11 U.S.C. § 362(a) (2004); Tex. R. App. P. 8.2. Accordingly, we abate this appeal. It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *See* Tex. R. App. P. 8.3.

 

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Bankruptcy

Filed:   January 17, 2008